RCC

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 556**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Tommy Jackson,
    Plaintiff,

v.

P.O. Mack #1980 and P.O. John Doe, individually,
    Defendants.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tommy Jackson

**JUDGE MANNING**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) | |
| Shehnaz I. Mansuri | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ /s/ Shehnaz I. Mansuri | |
| FIRM | |
| GREGORY E. KULIS & ASSOCIATES, LTD. | |
| STREET ADDRESS | |
| 30 N. LaSalle Street, Suite 2140 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6256339 | 312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |