UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TOMMY JACKSON** | ) | Case No. 08 C 556 |
| | ) | |
| Plaintiff, | ) | Judge Manning |
| | ) | |
| v. | ) | Magistrate Judge Nolan |
| | ) | |
| **P.O. MACK #1980 and P.O. JOHN DOE,** individually, | ) ) | |
| | ) | Jury Demand |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, TOMMY JACKSON, by and through his attorneys, Gregory E. Kulis and Associates, and asks this Honorable Court for leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a). In support of his request, Plaintiff states as follows:

1. On January 25, 2008, Plaintiff filed his Complaint at Law against Defendants Mack and Officer John Doe, asserting claims of false arrest and excessive force in violation of Plaintiff's rights protected by 42 U.S.C. §§ 1983 and 1988, along with a state law claim of malicious prosecution.

2. Discovery recently received from third parties indicates that the facts support that the previously unnamed Defendant identified as John Doe is in fact Officer Ontiveros and warrant the inclusion of five additional defendants, Police Officers Dailey, O'Toole, Bonnstetter, Fico, and Napoli.

3. Plaintiff also wishes to name the City of Chicago as a defendant and assert against it a claim for indemnification.

4.  Accordingly, the Plaintiff seeks leave to file his proposed First Amended Complaint, naming Police Officers Ontiveros, Dailey, O'Toole, Bonnstetter, Fico, and Napoli, and the City of Chicago  (a copy of which is attached).

WHEREFORE, Plaintiff TOMMY JACKSON respectfully requests this Honorable Court to enter an order granting him leave to leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a), and for such other relief the Court deems appropriate.

                                Respectfully submitted,
                                TOMMY JACKSON

BY:   /s/ Ronak Patel
        Gregory E. Kulis & Associates

GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830