UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TOMMY JACKSON** ) | |
| ) | **Case No. 08 C 556** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Judge Manning** |
| ) | |
| **P.O. MACK #1980, P.O. ONTIVEROS #10990,** ) | |
| **#10990, P.O. DAILEY #10890, P.O. O'TOOLE** ) | **Magistrate Judge Nolan** |
| **#15346, P.O. BONNSTETTER #15963, P.O.** ) | |
| **FICO #6284, P.O. NAPOLI #9560, individually,** ) | |
| **and the CITY OF CHICAGO,** ) | **Jury Demand** |
| ) | |
| ) | |
| **Defendants.** ) | |

**EX-PARTE NOTICE OF FILING**

PLEASE TAKE NOTICE that on this 3rd day of March 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIF'S FIRST AMENDED COMPLAINT.**

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 3rd day of March, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**