UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case:    08 C 556

    Tommy Jackson,                             Honorable Judge Manning

        v.                                       Magistrate Judge Nolan

    City of Chicago, et. al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago and Frank Mack,  Defendants.

| SIGNATURE | |
|---|---|
| /s/ Suyon Reed | Assistant Corporation Counsel |
| **FIRM**    City of Chicago, Department of Law | |
| **STREET ADDRESS**    30 N. LaSalle St., Suite 1400 | |
| **CITY/STATE/ZIP**    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06280973 | TELEPHONE NUMBER <br> (312) 744-3283 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X   NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐