UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case |
|---|---|
| JACKSON v. MACK, ET AL. | 08 C 556 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frank Mack

| | |
|---|---|
| SIGNATURE        /s/ Jonathan Clark Green | |
| FIRM        CORPORATION COUNSEL'S OFFICE | |
| STREET ADDRESS  30 NORTH LaSALLE STREET, SUITE 1400 | |
| CITY/STATE/ZIP  CHICAGO, ILLINOIS 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06193934 | TELEPHONE NUMBER  (312) 744-0226 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |