UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY JACKSON; ) | |
| ) | |
| Plaintiff, ) | No. 08 C 556 |
| ) | |
| vs. ) | |
| ) | Judge Manning |
| P.O. MACK, #1980, P.O. ONTIVEROS, ) | |
| #10990, P.O. DAILEY #10890, P.O. ) | Magistrate Judge Nolan |
| O'TOOLE #15346, P.O. BONNSTETTER, ) | |
| #9560, P.O. FICO #6284, P.O. NAPOLI, ) | Jury Demand |
| #9560, individually, and the CITY OF ) | |
| CHICAGO, ) | |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, Chicago police officer Frank Mack ("Defendant Officer"), by his attorney Suyon Reed, Assistant Corporation Counsel, moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's first amended complaint until April 25, 2008, and, in support, states as follows:

1. Plaintiff filed his complaint on January 25, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983.

2. Defendant Officer was served with this complaint on February 28, 2008. Defendant Officers answer to the complaint is due on March 19, 2008.

3. Plaintiff filed an amended complaint on March 3, 2008 naming five more individual officers in addition to Defendant Officer. None of the Defendant Officers named in the plaintiff's first amended complaint have been served and Defense Counsel is awaiting proof of service.

4. Defendant Officer requests additional time to have all of the Defendant Officers served, meet with their attorney and review documents prior to filing any responsive pleadings.

5. In addition, Defense Counsel has a 5 day jury trial starting on April 7, 2008 with the Honorable Virginia Kendall presiding. Thus, Defense Counsel will be unable to meet with any clients until the commence of that trial.

6. Therefore, counsel for the Defendant Officer requests until April 21, 2008 to answer or otherwise plead in response to the complaint.

7. As far as can be determined, this motion will not prejudice the Plaintiff or unduly burden the court's management schedule. This is defendant officer's first request for an extension of time to answer or otherwise plead.

8. On March 6, 2008, Defense Counsel spoke with Plaintiff's Counsel who agreed to the defendant officer filing his Motion for an Extension of Time to answer or otherwise plead in response to the first amended complaint.

WHEREFORE, Defendant requests this court to enter an order granting an extension to April 25, 2008, to answer or otherwise plead in response to Plaintiff's first amended complaint.

Respectfully submitted,

By: **/s/ Suyon Reed**
Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois  60602
(312) 744-3283
Attorney No. 06280973