# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TOMMY JACKSON; | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 556 |
| | ) | |
| vs. | ) | |
| | ) | Judge Manning |
| P.O. MACK, #1980, P.O. ONTIVEROS, | ) | |
| #10990, P.O. DAILEY #10890, P.O. | ) | Magistrate Judge Nolan |
| O'TOOLE #15346, P.O. BONNSTETTER, | ) | |
| #9560, P.O. FICO #6284, P.O. NAPOLI, | ) | Jury Demand |
| #9560, individually, and the CITY OF | ) | |
| CHICAGO, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

To:    **Gregory E. Kulis**
       **Gregory E. Kulis & Associates**
       **30 N. LaSalle, Ste. 2140**
       **Chicago, Il 60602**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANT OFFICER'S AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 17th day of March, 2008.

**PLEASE TAKE FURTHER NOTICE** that on **March 27, 2008 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Manning, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

        **DATED** this 17th  day of March, 2008.

                                Respectfully submitted,

                                 /s/ Suyon Reed
                                SUYON REED
                                Assistant Corporation Counsel
                                30 North LaSalle Street - Room 1400
                                Chicago, Illinois 60602
                                (312)744-3283

Attorney No. 6280973