UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOMMY JACKSON; | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 556 |
| | ) | |
| vs. | ) | |
| | ) | Judge Manning |
| P.O. MACK, #1980, P.O. ONTIVEROS, #10990, P.O. DAILEY #10890, P.O. O'TOOLE #15346, P.O. BONNSTETTER, #9560, P.O. FICO #6284, P.O. NAPOLI, #9560, individually, and the CITY OF CHICAGO, | ) ) ) ) ) ) ) | Magistrate Judge Nolan<br><br>Jury Demand |
| Defendants. | ) | |

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

To:   Gregory E. Kulis
   Gregory E. Kulis & Associates
   30 N. LaSalle, Ste. 2140
   Chicago, Il 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND JURY DEMAND,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 25th day of April, 2008.

Respectfully Submitted,

/s/Suyon Reed
Suyon Reed
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Atty. No. 06280973