UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TOMMY JACKSON** | ) | Case No. 08 C 556 |
| | ) | |
| **Plaintiff,** | ) | **Judge Manning** |
| | ) | |
| v. | ) | **Magistrate Judge Nolan** |
| | ) | |
| **P.O. MACK #1980 and P.O. JOHN DOE,** | ) | **Jury Demand** |
| individually, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS
SECOND AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, TOMMY JACKSON, by and through his attorneys, Gregory E. Kulis and Associates, and asks this Honorable Court for leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a). In support of his request, Plaintiff states as follows:

1.  On January 25, 2008, Plaintiff filed his Complaint at Law against Defendants Mack and Officer John Doe, asserting claims of false arrest and excessive force in violation of Plaintiff's rights protected by 42 U.S.C. §§ 1983 and 1988, along with a state law claim of malicious prosecution.

2.  On March 3, 2008, Plaintiff filed his first amended complaint naming as Defendants Police Officers Ontiveros, Dailey, O'Toole, Bonnstetter, Fico, and Napoli.

3.  After reviewing Defendants' answer to Plaintiff's first amended complaint, Plaintiff realized that the first amended complaint contained a factual error.

4. Plaintiff's counsel has spoken with Defendants' counsel and was informed by Defendants' counsel that she has no objection to Plaintiff amending his complaint to correct the factual error.

5. Accordingly, the Plaintiff seeks leave to file his proposed Second Amended Complaint, correcting a factual error in paragraph 6 of Plaintiff's complaint (a copy of which is attached).

WHEREFORE, Plaintiff TOMMY JACKSON respectfully requests this Honorable Court to enter an order granting him leave to leave to file Plaintiff's Second Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a), and for such other relief the Court deems appropriate.

                                            Respectfully submitted,
                                            TOMMY JACKSON

                  BY:   /s/ Ronak Patel
                            Gregory E. Kulis & Associates

GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830