UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TOMMY JACKSON** ) | |
| ) | **Case No. 08 C 556** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Judge Manning** |
| ) | |
| **P.O. MACK #1980, P.O. ONTIVEROS #10990,** ) | |
| **#10990, P.O. DAILEY #10890, P.O. O'TOOLE** ) | **Magistrate Judge Nolan** |
| **#15346, P.O. BONNSTETTER #15963, P.O.** ) | |
| **FICO #6284, P.O. NAPOLI #9560, individually,** ) | |
| **and the CITY OF CHICAGO,** ) | **Jury Demand** |
| ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF FILING

To:  Jonathan Clark Green
   Suyon Reed
   City of Chicago, Department of Law
   30 N. LaSalle St., Suite 1400
   Chicago, IL 60602

PLEASE TAKE NOTICE that on this 2nd day of May 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S SECOND AMENDED COMPLAINT.**

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 2nd day of May, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

S:\Federal Cases\Jackson, Tommy\Pleadings\Notice.of.Filing.doc