**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TOMMY JACKSON** | ) | |
| | ) | **Case No. 08 C 556** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Manning** |
| | ) | |
| **P.O. MACK #1980, P.O. ONTIVEROS #10990,** | ) | |
| **#10990, P.O. DAILEY #10890, P.O. O'TOOLE** | ) | **Magistrate Judge Nolan** |
| **#15346, P.O. BONNSTETTER #15963, P.O.** | ) | |
| **FICO #6284, P.O. NAPOLI #9560, individually,** | ) | |
| **and the CITY OF CHICAGO,** | ) | **Jury Demand** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT INITIAL STATUS REPORT**

Now come the parties, Plaintiff, TOMMY JACKSON, and Defendants, Police

Officers MACK, ONTIVEROS, DAILEY, O'TOOLE, BONNSTETTER, FICO, and

NAPOLI, individually, and the CITY OF CHICAGO, by and through their respective

attorneys of record, and for their Joint Initial Status Report state:

1. **Nature of Claims asserted in the complaint and any counterclaims:** The

Plaintiff's Complaint sets forth one alleged §1983 claim for false arrest, one alleged

§1983 claim of excessive force, and one alleged state claim of malicious prosecution

against the individual defendants. The Plaintiff's Complaint sets forth one count of

indemnification against the Defendant, the City of Chicago. There are no

counterclaims in this matter.

2. **Relief sought:** Plaintiff is seeking monetary damages. An itemization of

damages is not currently available.

1

3. **Referral to magistrate judge:** Please refer to the attached referral order.

4. **Status of briefing:** Not applicable.

5. **Discovery status:** Plaintiff recently filed a second amended complaint on May

1, 2008 and is awaiting Defendants' answer, due May 19, 2008.

Rule 26(a)(1) Disclosures:
Defendants will tender his Rule 26(a)(1) disclosures by June 20, 2008.   Plaintiff
tendered his Rule 26(a)(1) disclosures to Defendants on May 1, 2008.

Written Discovery Requests:
Plaintiff tendered his written discovery requests to Defendants on May 1, 2008.
Defendants will tender written discovery to Plaintiff by June 30, 2008.

Depositions
No depositions have been taken to date, and it is anticipated that between 8-16
depositions may be taken.

 A fact discovery closure date has not yet been set.

6. **Consent to trial before a Magistrate Judge:** The parties consent to trial before

the Magistrate Judge.

7. **Settlement Discussions:** Parties have not yet engaged in any settlement

discussions.  Parties may request a settlement conference at some later date.


Submitted by,

/s/ Ronak Patel
Ronak Patel
Attorney for Plaintiff

/s/ Suyon Reed
Suyon Reed
Attorney for Defendants