**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Tommy Jackson
                    Plaintiff,

v.	Case No.: 1:08−cv−00556
	Honorable Blanche M. Manning

Officer Mack, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: The parties filed their joint initial status report on May 13, 2008. In that report, the parties indicate that they consent to trial before the magistrate judge. If the parties' intent is to consent to proceed with the entire case before the magistrate judge, they must file the joint consent required by Local Rule 73.1. Without such joint consent being filed, the case will proceed before this court.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.