# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Tommy Jackson

                        Plaintiff,

v.                                        Case No.: 1:08−cv−00556

                                                   Honorable Blanche M. Manning

Officer Mack, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 5/14/2008 and continued to 8/21/2008 at 09:00 AM. Fact discovery to close 10/31/08. Counsel advised more discovery time needed before a date can be set for settlement conference.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.