UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 556 |
|---|---|
| Tommy Jackson, | Honorable Judge Manning |
| v. | Magistrate Judge Nolan |
| City of Chicago, et. al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Antonio Ontiveros, Daniel O'Toole, Marvin Bonnstetter, Vincent Fico, Michael Napoli and Sean Dailey, Defendants.

| SIGNATURE | /s/ Suyon Reed | Assistant Corporation Counsel |
|---|---|---|
| FIRM | City of Chicago, Department of Law | |
| STREET ADDRESS | 30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP | Chicago, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06280973 | (312) 744-3283 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐