UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOMMY JACKSON; | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 556 |
| | ) | |
| vs. | ) | |
| | ) | Judge Manning |
| P.O. MACK, #1980, P.O. ONTIVEROS, | ) | |
| #10990, P.O. DAILEY #10890, P.O. | ) | Magistrate Judge Nolan |
| O'TOOLE #15346, P.O. BONNSTETTER, | ) | |
| #9560, P.O. FICO #6284, P.O. NAPOLI, | ) | Jury Demand |
| #9560, individually, and the CITY OF | ) | |
| CHICAGO, | ) | |
| Defendants. | ) | |

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

To:    Gregory E. Kulis
       Gregory E. Kulis & Associates
       30 N. LaSalle, Ste. 2140
       Chicago, Il 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND JURY DEMAND,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 16th day of May, 2008.

                                            Respectfully Submitted,

                                             /s/Suyon Reed
                                            Suyon Reed
                                            Assistant Corporation Counsel
                                            30 N. LaSalle Street, Suite 1400
                                            Chicago, Illinois 60602
                                            (312) 744-3283
                                            Atty. No. 06280973