# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| JACKSON v. MACK, ET AL. | 08 C 556 |

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Antonio Ontiveros, Daniel O'Toole, Marvin Bonnstetter, Vincent Fico,

Michael Napoli, Sean Daily and City of Chicago

| | |
|---|---|
| SIGNATURE | /s/ Jonathan Clark Green |
| FIRM | CORPORATION COUNSEL'S OFFICE |
| STREET ADDRESS | 30 NORTH LaSALLE STREET, SUITE 1400 |
| CITY/STATE/ZIP | CHICAGO, ILLINOIS 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06193934 | (312) 744-0226 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐