UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TOMMY JACKSON** | ) | |
| | ) | **Case No. 08 C 556** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Judge Manning** |
| | ) | |
| **P.O. MACK #1980, P.O. ONTIVEROS #10990,** | ) | |
| **#10990, P.O. DAILEY #10890, P.O. O'TOOLE** | ) | **Magistrate Judge Nolan** |
| **#15346, P.O. BONNSTETTER #15963, P.O.** | ) | |
| **FICO #6284, P.O. NAPOLI #9560, individually,** | ) | |
| **and the CITY OF CHICAGO,** | ) | **Jury Demand** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S AGREED MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE

NOW COMES the Plaintiff, TOMMY JACKSON, by and through his attorneys, Gregory E. Kulis and Associates, and asks this Honorable Court to grant his motion for extension of the discovery closure date. In support of his request, Plaintiff states as follows:

1. On January 25, 2008, Plaintiff filed his Complaint at Law against Defendants Mack and Officer John Doe, asserting claims of false arrest and excessive force in violation of Plaintiff's rights protected by 42 U.S.C. §§ 1983 and 1988, along with a state law claim of malicious prosecution.

2. This case has been referred to Magistrate Judge Nolan for discovery supervision and for a settlement conference.

3. There is a current discovery closure date of October 31, 2008.

4. Written discovery in this matter is largely complete.

5. Oral discovery is likely to be quite extensive due to the number of individual defendants and potential witnesses.

6. After engaging in discussions regarding settlement, counsel for both parties believe that a settlement conference may be helpful and are optimistic that a settlement conference may resolve this case.

7. Parties have been notified by Judge Nolan's clerk that a settlement conference cannot be held until late September 2008.

8. Accordingly, prior to moving forward with the many depositions that would be necessary in this case and expending a great amount of time and resources, the parties request that the Court extend the current discovery closure date of October 31, 2008 to December 31, 2008. Thus, parties would have adequate time for oral discovery in the event that a settlement conference does not resolve this case.

WHEREFORE, Plaintiff TOMMY JACKSON respectfully requests this Honorable Court to enter an order extending the discovery closure date to December 31, 2008, and for such other relief the Court deems appropriate.

                                    Respectfully submitted,
                                    TOMMY JACKSON

                BY:    /s/ Ronak Patel
                         Gregory E. Kulis & Associates

GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830

2