UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TOMMY JACKSON** | ) | |
| | ) | **Case No. 08 C 556** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Judge Manning** |
| | ) | |
| P.O. MACK #1980, P.O. ONTIVEROS #10990, #10990, P.O. DAILEY #10890, P.O. O'TOOLE #15346, P.O. BONNSTETTER #15963, P.O. FICO #6284, P.O. NAPOLI #9560, individually, and the CITY OF CHICAGO, | ) ) ) ) ) | **Magistrate Judge Nolan** |
| | ) | **Jury Demand** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:   Jonathan Clark Green
      Suyon Reed
      City of Chicago, Department of Law
      30 N. LaSalle St., Suite 1400
      Chicago, IL 60602

Please take notice that I shall appear on the 29th day of July, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable Judge Nolan, and then and there present **PLAINTIFF'S AGREED MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE,** , a copy of which is attached hereto.

                                        /s/ Ronak D. Patel
                                        Gregory E. Kulis & Associates, Ltd.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 15th day of July, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.
                                        /s/ Ronak D. Patel
                                        Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

S:\Federal Cases\Jackson, Tommy\Pleadings\NOM.doc