UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Tommy Jackson
                      Plaintiff,

v.                                         Case No.: 1:08−cv−00556
                                              Honorable Blanche M. Manning

Officer Mack, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:MOTION by Plaintiff for extension of time to complete discovery [34] is granted. Fact discovery cut−off is extended to 12/31/08. Motion hearing date of 08/05/08 is stricken. Status hearing set for 08/21/08 to stand.(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.